UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALITY

MARY BRADY,

      Plaintiff,

CASE NO:

vs.

CARNIVAL CORPORATION, a Panamian
Corporation, d/b/a CARNIVAL CRUISE LINES,

      Defendant.

_____/

## COMPLAINT

Plaintiff, Mary Brady, sues Defendant, Carnival Corporation, a Panamian corporation, d/b/a Carnival Cruise Lines (hereinafter "Carnival") and says:

## JURISDICTION

1. This is an action sounding in Admiralty.

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 USC §1333.

## VENUE

3. Venue of this proceeding is proper in the Southern District of Florida because the ticket contract between the Plaintiff and Defendant contains a forum selection clause selecting the Southern District of Florida as the venue for any legal action brought against this Defendant.

## PARTIES

5. Plaintiff, Mary Brady, is a Florida resident, over the age of 18 years and sui juris in all other respects.

6. Defendant, Carnival Corporation, is a Panamian corporation, doing business as Carnival Cruise Lines, with its principal place of business in Miami, Miami-Dade County, Florida.

## LEGAL AND FACTUAL ALLEGATIONS

7. At all times material hereto, Defendant Carnival was a common carrier that was engaged in the business of providing vacation cruises to the public in exchange for compensation.

8. At all times material hereto, Defendant Carnival owned, operated, managed and/or controlled the vessel known as the "Carnival Sunshine".

9. On or about August 18, 2018, Plaintiff, Mary Brady, was aboard the "Sunshine" preparing to disembark from Port Canaveral, Florida.

10. While on board the "Sunshine" and while the ship was still moored in port, the Plaintiff slipped and fell in a puddle of water sustaining severe and debilitating personal injuries as more fully set forth below.

11. At all times material hereto, Defendant Carnival owed a duty to the Plaintiff and all other persons on board a duty to exercise as reasonable care as permitted by the circumstances to maintain its vessel and its deck areas for the Plaintiff's safety while aboard the "Sunshine" and at all other times during Plaintiff's cruise.

12. At all times material hereto, Carnival breached its duty to the Plaintiff by failing to exercise reasonable care under the circumstances and by failing to clean or warn its passengers about the standing water on the deck where Plaintiff fell and by allowing this dangerous and hazardous condition to exist for an amount of time so that Carnival knew, or should have known of its existence and had a reasonable opportunity to clean it up.

13. As a result of the foregoing Carnival breached its duty of reasonable care under the circumstances to the Plaintiff.

14. As a direct and proximate result of Defendant's negligence, Plaintiff, Mary Brady, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. These losses are either permanent and/or continuing in nature and the Plaintiff will suffer from the losses and impairment in the future.

WHEREFORE, Plaintiff, Mary Brady, demands judgment for damages against Defendant and for such other and further relief as the Court deems just and proper in these premises.

DATED this 18th day of July, 2018.

> MARK DAVID PRESS, P.A.
> 1939 Tyler Street
> Hollywood, Florida 33020
> (954)-922-9100
>
> /s/ MARK DAVID PRESS, ESQ.
> Florida Bar No: 18716