UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22989-COOKE/GOODMAN

MARY BRADY,

    Plaintiff,

vs.

CARNIVAL CORPORATION, *a Panamanian corporation d/b/a* CARNIVAL CRUISE LINES,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

    THIS MATTER comes before me on United States Magistrate Judge Jonathan Goodman's Report and Recommendation ("R&R") on Defendant's Motion for Bill of Costs, ECF No. 63. The underlying motion was referred to Judge Goodman on February 2, 2021. *See* ECF No. 59. In his Report, Judge Goodman recommends that the Court **GRANT *in part*** Defendant's motion and award Defendant **$4,329.50** in taxable costs. Neither party objected to Judge Goodman's R&R and the time to do so has passed.

    After reviewing the motion, Judge Goodman's R&R, and the relevant legal authorities, the record, I find Judge Goodman's R&R clear, cogent, and compelling.

    Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's R&R, ECF No. 63, and **GRANTS *in part*** Defendant's Verified Motion to Tax Costs, ECF No. 59. The Court **AWARDS** Defendant **$4,329.50** in taxable costs.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 19th day of May 2021.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*